UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, et al. : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 00-293 (GK) |
| CORRECTIONS CORPORATION OF AMERICA, et al., : | |
| Defendants. : | |

FILED

AUG 2 2 2001

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

O R D E R

This matter is before the Court on the Motions to Dismiss Plaintiffs' Complaint by Defendant telephone companies and Defendant Corrections Corporation of America ("CCA"). Upon consideration of the motions, oppositions, replies, the Motions Hearing held on August 9, 2001, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that the Motions to Dismiss the Complaint under the doctrine of Primary Jurisdiction are **granted**; it is further

**ORDERED**, that this case is **dismissed without prejudice**; it is further

**ORDERED**, that parties are directed to file the appropriate pleadings with the FCC to ensure that the issues raised in this lawsuit are presented to the FCC.

_August 22, 2001_
Date

_Gladys Kessler_
Gladys Kessler
United States District Judge

**COPIES TO:**

Marie-Ann Sennett
D.C. Prisoners' Legal Services Project
1400 20th Street, NW
Suite 117
Washington, D.C. 20036

Frank R. Volpe
Sidley & Austin
1722 Eye Street, NW
Washington, D.C. 20006