


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED SEP - 5 2001 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

| | |
|---|---|
| MARTHA WRIGHT, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1: 00-00293 (GK) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | |
| Defendants. | |

## MOTION TO RECONSIDER AND MEMORANDUM IN SUPPORT

Plaintiffs, by their undersigned counsel, respectfully request that the Court reconsider its order dismissing this case without prejudice and instead stay the case pending action by the Federal Communications Commission (FCC). In support, plaintiffs state:

1. On August 22, 2001, this Court ruled that issues raised in this case should first initially be reviewed by the FCC under the doctrine of primary jurisdiction. The Court dismissed this case without prejudice. In considering whether to dismiss or stay the case pending FCC review, the Court stated as follows (Op. 15, n. 13): □The Court has the option under the doctrine of primary jurisdiction of either staying the case or dismissing it without prejudice. The Court discerns no prejudice to the parties in dismissing, as opposed to staying, this case.□

2. The parties did not brief this issue in their memoranda, but the plaintiffs wish to bring to the Court□s attention case law holding that a court should stay and not dismiss if the plaintiff would be prejudiced by the running of the statute of limitations while a matter was pending in an agency pursuant to the doctrine of primary jurisdiction. *Himmelman v. MCI Communications Corporation*, 104 F. Supp. 2d 1 (D.D.C. 2000)(Judge Urbina); *Statistical Phone Philly v. Nynex Corporation*, 116 F. Supp. 2d 468, 478-79 (S.D.N.Y. 2000).

98

3. In the instant case, the statute of limitations will run on the claims of plaintiffs and class members while the matter is being reviewed at the FCC. It is likely that the claims of certain class members will be barred as a result of the running of the statute of limitations. Therefore, plaintiffs will be prejudiced by a dismissal herein. On the other hand, there is no prejudice to the defendants by the issuance of a stay.

4. The Court, believing that this case presents ☐issues that are of great human concern to inmates, their family members and their counsel,☐ stated (Op. at 14-15): ☐In referring this matter to the FCC, the Court expects the agency to move with dispatch to conclude its ongoing proceedings so as to provide both courts and parties with meaningful analysis and guidance on these issues.☐ There is such basis for such a concern since the matter pending before the FCC brought by inmate telephone service providers regarding local collect calls (FCC Docket 96-128) has been pending before the FCC without decision for two years, and there is no indication as to how soon a decision is forthcoming. Plaintiffs propose that the parties submit a report to the Court within the next six months as to the status of the matters before the FCC so that the Court can assess whether the proceedings are moving with dispatch and whether there are issues resolved by the FCC that would enable the parties and the Court to proceed herein.

WHEREFORE, plaintiffs respectfully request that the Court reconsider its decision dismissing this case and instead stay the proceedings pending consideration by the FCC.

Respectfully submitted,

*[signature]*

Marie-Ann Sennett (D.C. Bar #462200)
D.C. Prisoners Legal Services Project, Inc.
1400 20th Street, N.W. Suite 117
Washington, D.C. 20036
(202) 775-0323

*[signature]* MAS

Stephen G. Seliger (Ill. Bar No. 2547074)
Seliger, Elkin & Dolan, Ltd.
155 North Michigan Avenue, Suite 500
Chicago, IL 60601
(312) 616-4244

Dated: September 5, 2001

-3-

**CERTIFICATE OF SERVICE**

I, Marie-Ann Sennett, hereby certify that the Plaintiffs' Motion to Reconsider and Memorandum in Support and Order, and Notice of Appearance was mailed on this 5th day of September, 2001 by first Class mail, prepaid upon:

Michael E. Deutsch
(New York Bar # MED 1644)
Jan Susler
John Stainthorp
(Illinois Bar #3128243)
People's Law Office
1180 North Milwaukee Avenue
Chicago, IL 60622
(773) 235-0070

Stephen G. Seliger
(Illinois Bar #2547074)
Laurie S. Elkin
Patrick D. Dolan
Seliger, Elkin & Dolan, Ltd.
155 North Michigan Avenue
Suite 500
Chicago, IL 60601
(312) 616-4244

Barbara J. Olshansky
(New York Bar # BO3635)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464 x 439.

James Bradtke
Soule & Bradtke
155 North Michigan Avenue
Suite 500
Chicago, Illinois 60601
(312) 616-4422

Charles H. R. Peters
Schiff, Harden & White
6600 Sears Tower
Chicago, IL 60606
(312) 258-5683

Jonathan J. Frankel
Michael L. Burack
Wilmer, Cutler, & Pickering
2445 M. Street, N.W.
Washington, DC 20037-1420
(202)663-6113

Frank R. Volpe, Esq
Sidely & Austin
1722 Eye Street, N.W.
Washington, DC 20006
(202) 736-8366

Daniel P. Struck, Esq.
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
(602) 263-7323

Jay M. Vogelson
Stutzman & Bromberg
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(214) 969-4904

Harold Logsdon, General Counsel
Pioneer Telephone Cooperative
108 E. Robberts Street (or P.O. Box 539)
King Ficher, OK 73750
(405) 375-4111

Adam H. Charnes
MCI Worldcom
Senior Litigation Counsel
1133 19th Street, NW
Washington, DC 20036
(202) 736-6093

Anthony J. Trenga
Miller & Chevalier
Metropolitian Square
655 15th Street, N.W. Suite 900
Washington, DC 20005-5701

David Cosson, Esq.
Kraskin, Lesse & Cosson, LLP
2120 L Street, N.W. 520
Washington, DC 20036
(202) 296-8890

Robert J. Higgins
DICKSTEIN, SHAPIRO, MORIN & OSHINSKY
2101 L. Street, N.W.
Washington, DC 20037-1526
(202) 785-9700

Vaughn Royal, Esq.
Chevy Chase Pavilion, #960
5335 Wisconsin Ave, N.W.
Washington, DC 20015

Dated: September 5, 2001

Marie-Ann Sennett