UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA WRIGHT *et al.*,

        *Plaintiffs,*

        v.

CORRECTIONS CORPORATION OF
AMERICA *et al.*,

        *Defendants*

Civil Action No.:
1:00CV00293 (GK)

**FILED**

NOV 5 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court on Plaintiffs' Motion to Reconsider the Court's decision dismissing this case with prejudice. Upon consideration of the Motion, it is by the Court on the 2nd day of November, 2001, hereby

ORDERED, that the Motion be, and hereby is, GRANTED. The Court stays this action and requests that the parties file a report with the Court on May 1, 2002 informing the Court of the status of proceedings before the Federal Communications Commission.

                                                *Gladys Kessler*
                                    The Honorable Gladys Kessler
                                    United States District Judge

Copies To:
Marie-Ann Sennett (D.C. Bar No. 462200)
Eric R. Lotke (D.C. Bar No. 446706 )
D.C. PRISONERS' LEGAL SERVICES PROJECT
1400 20th Street, N.W., Suite 117
Washington, DC 20036
(202) 775-0323
Local Counsel for Plaintiffs


Frank R. Volpe, Esq
Sidely & Austin
1722 Eye Street, N.W.
Washington, DC 20006
(202) 736-8366
Accepting Court Orders on behalf of Defendants