IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARTHA WRIGHT, et al.,** | ) | **FILED** |
| | ) | DEC 1 2 2002 |
| Plaintiffs, | ) | NANCY MAYER WHITTINGTON, CLERK |
| | ) | U.S. DISTRICT COURT |
| v. | ) | Civil Action 1:00cv00293 |
| | ) | |
| **CORRECTIONS CORPORATION OF AMERICA,** | ) | Judge Gladys Kessler |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING CONSENT MOTION TO FILE REPLY
OF PIONEER TELEPHONE COOPERATIVE
TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO PIONEER'S RENEWED MOTION TO DISMISS OUT OF TIME**

*UPON CONSIDERATION* of the Consent Motion to File Reply of Pioneer Telephone Cooperative to Plaintiffs' Memorandum in Opposition to Pioneer's Renewed Motion to Dismiss out of Time, the Court finds grounds for the granting thereof. It is, therefore, this __ day of Dec____, 2002,

ORDERED, that the time within which Pioneer Telephone Cooperative may file a Reply to Plaintiffs' Memorandum in Opposition to Pioneer's Renewed Motion to Dismiss be, and it is, hereby extended from December 9, 2002 through December 11, 2002.

_____
THE HONORABLE GLADYS KESSLER
United States District Judge

SEND COPIES TO:

Marie-Ann Sennett, Esquire
D.C. Prisoners' Legal Services Project
1400 - 20th Street, N.W.
Suite 117
Washington, DC  20036

Frank R. Volpe, Esquire
Sidley, Austin, Brown & Wood
1501 K Street, N.W.
Washington, DC  20005
*(Accepting Service of Orders for All Defendants)*

Vaughn W. Royal, Esquire
Chevy Chase Pavilion, Suite 960
5335 Wisconsin Avenue, N.W.
Washington, D.C.  20015-2030