**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARTHA WRIGHT *et al.*, ) | |
| ) | Civil Action No.: |
| Plaintiffs ) | 1:00CV00293 (GK) |
| ) | |
| vs. ) | |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| Defendants ) | |

**PRAECIPE – NOTICE OF ENTRY OF APPEARANCE AND CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, via this Praecipe, Deborah M. Golden, staff attorney with D.C. Prisoners Legal Services Project, Inc. hereby enters her appearance in this matter. Please strike the appearance of Marie-Ann Sennett.

PLEASE ALSO TAKE NOTICE that, via this Praecipe, D.C. Prisoners' Legal Services Project hereby files its change of address with the Court to 2639 Connecticut Avenue, NW, Suite 225, Washington, DC 20008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 18, 2004　　　　　　　　　/s/ Deborah M. Golden
　　　　　　　　　　　　　　　　　　　　Deborah M. Golden (Bar No. 470578)
　　　　　　　　　　　　　　　　　　　　D.C. Prisoners' Legal Services Project
　　　　　　　　　　　　　　　　　　　　2639 Connecticut Avenue, NW, Suite 225
　　　　　　　　　　　　　　　　　　　　Washington, DC 20008
　　　　　　　　　　　　　　　　　　　　(202) 775-0323
　　　　　　　　　　　　　　　　　　　　(202) 775-0315 (fax)

　　　　　　　　　　　　　　　　　　　　Of Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2004, a true copy of the foregoing **PRAECIPE – NOTICE OF ENTRY OF APPEARANCE AND CHANGE OF ADDRESS** was sent by First Class U.S. Mail, postage prepaid, to the following:

David Cosson
Kraskin, Lesse & Cosson, LLP
2120 L Street, NW, Suite 520
Washington, DC 20037

Vaughn W. Royal
Chevy Chase Pavilion, Suite 960
5335 Wisconsin Ave., NW
Washington, DC 20015

Tracy Bridgham
Market Disputes Resolution Division
Enforcement Bureau – FCC
445 12th Street, SW
Washington, DC 20554

Jay N. Varon
Foley & Lardner
Washington Harbour
3000 K Street, NW, Suite 500
Washington, DC 20007-5109

Nancy J. Greenen
Eileen R. Ridley
Kevin F. Woodall
Foley & Lardner
One Maritime Plaza
San Francisco, CA 94111

Adam M. Charnes
MCI Communications Corporation
Office of the General Counsel
1133 19th Street, NW
Washington, DC 20036

Anthony C. Epstein
Maury D. Shenk
Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, DC 20036

Mark D. Hopson
Sidley, Austin, Brown & Wood
1501 K Street, NW
Washington, DC 20005

Lois J. Lipton
AT&T Law and Government Affairs
222 West Monroe Street
Chicago, IL 60606

Susan A. Littlell
Dickstein, Shapiro, Morin & Oshinsky, LLP
2102 L Street, NW
Washington, DC 20037-1526

Jay M. Vogelson
Stutzman & Bromberg, PC
2323 Byran Street, Suite 2200
Dallas, TX 75201

Debra Ann Palmer
Steven John Roman
Schiff, Hardin & Waite
1101 Connecticut Ave., NW
Washington, DC 20036

Charles H. R. Peters
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606

Brian J. Telpher
1330 Connecticut Ave., NW
Washington, DC 20036

Frank R. Volpe
Sidley, Austin, Brown & Wood
1501 K Street, NW
Washington, DC 20036

Daniel P. Struck  
Jones, Skelton & Hochull  
2901 North Central, Suite 800  
Phoenix, AZ 85012  

Anthony J. Trenga  
Miller & Chevalier, Chartered  
652 15th Street, NW, Suite 900  
Washington, DC 20005-5701  

   /s/ Deborah M. Golden  
Deborah M. Golden (Bar No. 470578)

Dated: March 18, 2004