UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 00-293 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

### GLOBAL TEL*LINK CORPORATION'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that defendant, Global Tel*Link Corporation ("Global"), through its undersigned counsel, files this Renewed Motion to Dismiss for Lack of Personal Jurisdiction under Federal Rule of Civil Procedure, Rule 12(b)(2), on the ground that there were insufficient contacts with the District of Columbia to support jurisdiction over Global.

This motion is supported by a concurrently filed memorandum of points and authorities in support thereof, all documents filed in support of the original motion, the declaration of Kevin F. Woodall and the second declaration of Teresa Ridgeway, together with supporting exhibits to the declarations.

016.327110.1

Dated: May 6, 2004                             Respectfully submitted,

_____
Eileen R. Ridley (admitted pro hac vice)
FOLEY & LARDNER LLP
One Maritime Plaza, Sixth Floor
San Francisco, California 94111-3409
415.434.4484

Counsel for Defendant, GLOBAL TEL*LINK CORPORATION