IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA, *et al.*, <br><br>    Defendants. | Civil Action No. 00-293 (GK) <br><br> Judge: Gladys Kessler |

## (PROPOSED) ORDER GRANTING MOTION TO REOPEN AND LIFT STAY TEMPORARILY

Upon consideration of Plaintiffs' Motion to Reopen and Lift Stay Temporarily and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Accordingly, the stay in effect in this case is temporarily lifted in order for Plaintiffs to (1) file an amended complaint; (2) take preservation depositions according to Rule 32 of the Federal Rules of Civil Procedure; and (3) substitute counsel.

_____
United States District Judge

_____
Date