# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 00-cv-293 (GK) |
| v. ) | |
| ) | Judge: Gladys Kessler |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

THIS MATTER came before the Court on Plaintiffs' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). After considering the briefing and files on record, and after having been fully advised, it is hereby ORDERED that Plaintiffs' Motion is DENIED.

Date: _____

_____
Hon. Gladys Kessler
United States District Judge

715160389