UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:00-cv-00293(GK) |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On May 15, 2015, Plaintiffs filed a Motion for Leave to File a First Amended Class Action Complaint ("Motion") [Dkt. No. 178]. They seek to reduce their original 12 counts to three while greatly expanding the scope of the proposed class, as well as to update the Complaint to reflect changes to the Parties' situations over the last fifteen years. Defendants Securus Technologies, Inc. ("Securus") and Corrections Corporation of America ("CCA") have filed responses in opposition to Plaintiffs' Motion [Dkt. Nos. 180, 181], and Plaintiffs have filed a Reply [Dkt. No. 184]. Upon full consideration of all the pleadings the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Leave to Amend their Complain is granted; and it is further

**ORDERED**, that Plaintiffs file its First Amended Class Action Complaint no later than January 28, 2016.

January 21, 2016                               /s/ Gladys Kessler
                                               Gladys Kessler
                                               United States District Judge

**Copies to:** attorneys on record via ECF