UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>CORRECTIONS CORPORATION OF AMERICA, *et al.*,<br><br>        Defendants. | Case No: 1:00-cv-00293 (GK) |

### SECURUS TECHNOLOGIES, INC. RESPONSE TO CORRECTIONS CORPORATION OF AMERICA MOTION FOR CLARIFICATION OF THE STAY

Securus Technologies, Inc. ("Securus"), through counsel and pursuant to Fed. R. Civ. P. 7 and LCvR 7, responds to the Corrections Corporation of America ("CCA") Motion for Clarification of the Stay (Feb. 3, 2016) (Dkt. 192) ("CCA Motion").

The CCA Motion accurately states that Securus "agrees with CCA that the stay was lifted only temporarily to allow Plaintiffs to amend their complaint and that the stay remains in effect." *Id*. at 1. CCA has asked the Court to "confirm this interpretation of the Court's order," *id*. at 2, or, in the alternative, grant "an extension of 21 days from the Court's ruling on this Motion to file a responsive pleading," *id*., to Plaintiff's Amended Complaint (Dkt. 191). Securus calculates that, had the stay been lifted, a response to the Amended Complaint would be due 14 days after its filing – here, the deadline would be February 16, 2016. Fed. R. Civ. P. 15(a)(3), 5(d).

Counsel for CCA, at Plaintiffs' direction, has informed Securus that Plaintiffs approached CCA to craft a Stipulated Order for a continued, indefinite stay of this case.

1

Plaintiffs will stipulate, in agreement with the CCA Motion, that the stay of this case has not been lifted.  It thus appears that Plaintiffs do not believe that the deadline to respond under Fed. R. Civ. P. 15 has been activated or that this case should be litigated at this time.  Plaintiffs have not contacted Securus.

For these reasons, Securus asks that, if no Stipulated Order is filed by February 15, 2016, the Court grant the relief sought in the CCA Motion on an expedited basis in order to preserve Defendants' rights to respond to the Amended Complaint.

Dated:  February 11, 2016				Respectfully submitted,


						By:  /s/ Stephanie A. Joyce
						Stephanie A. Joyce (D.C. Bar 464778)
						ARENT FOX LLP
						1717 K Street, NW
						Washington, DC 20006
						Telephone: 202.857.6081
						Facsimile: 202.857.6395
						Email:  Stephanie.Joyce@arentfox.com

						*Counsel to Securus Technologies, Inc*.

**CERTIFICATE OF SERVICE**

      I, Stephanie A. Joyce, hereby certify that on this 11th day of February 2016, a copy of the foregoing Response to Corrections Corporation of America Motion for Clarification of Stay was served on all counsel of record via the ECF system.

                                                             _/s/_ Stephanie A. Joyce
                                                              Stephanie A. Joyce