UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARTHA WRIGHT, et al.<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, et al.,<br><br>　　　Defendants. | Case No. 1:00-cv-00293(GK) |

## ORDER

On February 16, 2000, Plaintiffs filed this putative class action on behalf of inmates incarcerated at prison facilities operated by Corrections Corporation of America ("CCA"). In August 2001, this Court ruled that the Federal Communication Commission was "in the best position to resolve the core issues in this case" [Dkt. No. 94 at 10-11], and on November 5, 2001, entered an Order staying the case [Dkt. No. 105].

On October 27, 2014, Plaintiffs filed a Motion to Reopen and Lift Stay Temporarily, requesting "to lift the stay on a temporary basis" to file an amended complaint [Dkt. No. 139 at 8]. On April 30, 2015, the Court granted the motion and ordered Plaintiffs to file a motion for leave to amend by May 15, 2015 [Dkt. No. 177 at 1 & 6]. On January 21, 2016, the Court granted Plaintiffs' motion to amend the Complaint and the First Amended Class Action Complaint was filed the same day [Dkt. Nos. 189-91].

Presently before the Court is CCA's Motion for Clarification of the Stay ("Motion") [Dkt. No. 192]. Given that the stay was only lifted temporarily for purposes of amending the Complaint, CCA seeks to clarify whether the stay automatically resumed upon the filing of the First Amended Complaint, and if it did not, seeks an extension of time to the First Amended Complaint. Motion at 2.

Defendant Securus Technologies, Inc. has filed a response in support of CCA's Motion ("Response") [Dkt. No. 193]. Securus indicates in the Response that Plaintiffs will stipulate that the stay of this case has not been lifted. Response at 2. Should the stay not be reinstated, Securus also seeks an extension of time to respond to the First Amended Complaint.

Upon full consideration of all the pleadings, the entire record herein, and for the reasons set forth above, it is hereby

**ORDERED**, that this action is stayed effective January 21, 2016; and it is further

**ORDERED**, that the parties shall file a joint status report with the Court no later than April 13, 2016.

February 12, 2016

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to: attorneys on record via ECF**