**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARTHA WRIGHT, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) Civil Action No. 00-293 (GK) |
|  | ) |
| v. | ) Judge:  Timothy J. Kelly |
|  | ) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**DECEMBER 5, 2017 STATUS REPORT**

In accordance with this Court's November 2, 2017 Minute Order, Plaintiffs Martha Wright, *et al.* and Defendants Securus Technologies, Inc. ("Securus") and Corrections Corporation of America ("CCA")[1] jointly submit the following status report:

The litigation pending before this Court remains stayed, and no party has immediate plans to move to lift the stay.  The U.S. Court of Appeals for the D.C. Circuit granted in part and denied in part the various petitions for review of the FCC's Second Report and Order and Third Further Notice of Proposed Rulemaking, FCC 15-136 (rel. Nov. 5, 2015) ("Order").  *See Glob. Tel\*Link v. FCC*, 866 F.3d 397 (D.C. Cir. 2017).  In particular, the D.C. Circuit: (i) remanded the imposition of ancillary fee caps to allow the FCC to determine whether it can segregate the caps on interstate calls—which it held to be "permissible"—and the caps on intrastate calls—which it held to be "impermissible"; (ii) vacated and remanded the Order's "wholesale exclusion of site commission payments from the FCC's cost calculus"; (iii) vacated the Order's proposed

---

[1] CCA is now CoreCivic.

caps on intrastate rates; and (iv) vacated the Order's use of industry-averaged cost data. *Id*. at 402. The D.C. Circuit issued its Mandate in this appeal on October 5, 2017.

In similar litigation before the U.S. District Court for the Western District of Arkansas challenging Securus's interstate inmate calling service rates and the credit card transaction fees associated with interstate calls, several motions are pending, including: the plaintiffs' partial motion for summary judgment (ECF No. 237), Securus's motion for summary judgment (ECF No. 232), and Securus's motion for class decertification (ECF No. 224). *See Mojica v. Securus Technologies, Inc.*, 5:14-cv-5258-TLB (W.D. Ark.). Trial is currently set for March 12, 2018 (ECF No. 344).

**CCA's Position:**[2]

The rulings in the Western District of Arkansas case are not binding on this Court with respect to the claims against and defenses of CCA. Plaintiffs have previously acknowledged that the stipulated stay in this case was not contingent on the litigation in that case because the parties agreed to remove that term from the stipulation. Thus, the developments in that case do not affect that status of the stay in this case.

December 5, 2017                                    Respectfully submitted,

/s/ Benjamin D. Brown
Benjamin D. Brown (D.C. Bar No. 495836)
Robert A. Braun (D.C. Bar No. 1023352)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 W
Washington, D.C. 20005
(202) 408-4600
Fax: 202-408-4699
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

---

[2] Plaintiffs disagree with the characterizations in CCA's separate position statement.

Elliot Mincberg (D.C. Bar No. 941575)
Matthew K. Handley (D.C. Bar. No. 489946)
WASHINGTON LAWYERS COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
Fax: (202) 319-1010
elliot_mincberg@washlaw.org
matthew_handley@washlaw.org

*Attorneys for Plaintiffs*


/s/ Daniel P. Struck
Daniel P. Struck, Bar No. CO0037
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
Fax: (480) 420-1699
dstruck@swlfirm.com

*Attorneys for Defendant Corrections Corporation of America*

/s/ Stephanie A. Joyce
Stephanie A. Joyce
ARENT FOX LLP
1717 K Street, N.W.
Washington, D.C. 20006
(202) 857-6081
Fax: (202) 857-6395
stephanie.joyce@arentfox.com

*Attorney for Securus Technologies, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which in turn sent notice to all counsel of record who are registered with that system.

>                                             */s/ Benjamin D. Brown*
>                                             Benjamin D. Brown