IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, *et al.*, | ) <br> ) <br> ) Civil Action No. 00-293 (TJK) |
| Plaintiffs, | ) <br> ) |
| v. | ) Judge: Timothy J. Kelly <br> ) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## OCTOBER 26, 2018 STATUS REPORT

In accordance with this Court's July 9, 2018 Minute Order, Plaintiffs Martha Wright, *et al.* and Defendants Securus Technologies, Inc. ("Securus") and Corrections Corporation of America ("CCA")[1] jointly submit the following status report:

The litigation pending before this Court remains stayed, and no party has immediate plans to move to lift the stay.

In litigation before the U.S. District Court for the Western District of Arkansas and Eighth Circuit challenging Securus's interstate inmate calling service rates and the credit card transaction fees associated with interstate calls, Securus and the two named plaintiffs have resolved all claims after the district court issued summary judgment in favor of Securus and decertified all classes.

---

[1] CCA is now CoreCivic.

October 26, 2018                                    Respectfully submitted,


                                                */s/ Benjamin D. Brown*
Benjamin D. Brown (D.C. Bar No. 495836)
Robert A. Braun (D.C. Bar No. 1023352)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 W
Washington, D.C. 20005
(202) 408-4600
Fax: 202-408-4699
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

Philip Fornaci (D.C. Bar No. 434824)
WASHINGTON LAWYERS COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
Fax: (202) 319-1010
phil_fornaci@washlaw.org

*Attorneys for Plaintiffs*


/s/ Daniel P. Struck
Daniel P. Struck, Bar No. CO0037
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
Fax: (480) 420-1699
dstruck@swlfirm.com

*Attorneys for Defendant Corrections Corporation of America*

<u>/s/ Stephanie A. Joyce</u>
Stephanie A. Joyce
ARENT FOX LLP
1717 K Street, N.W.
Washington, D.C. 20006
(202) 857-6081
Fax: (202) 857-6395
stephanie.joyce@arentfox.com

*Attorney for Securus Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which in turn sent notice to all counsel of record who are registered with that system.

                                                */s/ Benjamin D. Brown*
                                                Benjamin D. Brown