CO-1509 Rev. 3/19

# ADDRESS and/or NAME CHANGE REQUEST

✔ Attorney        ___ Pro Se

Bar ID No: __464778__        Prisoner ID No: _____

___ Firm moved to new address        ___ Attorney/Pro Se moved to new address

✔ Firm name change/correction        ___ Attorney/Pro Se name change/correction

**NAME:** Stephanie A. Joyce

**New Name** (Include copy of marriage certificate, if applicable): _____

**OLD ADDRESS:**

Office: Arent Fox LLP

Unit: _____

Address: 1717 K Street, N.W.

City: Washington     State: DC     Zip: 20006

Telephone: 202.857.6081     Fax: 202.857.6395

Email: stephanie.joyce@arentfox.com

**NEW ADDRESS:**

Office: Potomac Law Group PLLC

Unit: _____

Address: 1300 Pennsylvania Avenue, N.W.
Suite 700

City: Washington     State: DC     Zip: 20004

Telephone: 202.838.3173     Fax: 202.318.7707

Email: stephanie.joyce@potomaclaw.com

COMMENTS: Counsel for Securus Technologies, Inc.
Wright, et al. v. Corr. Corp. of Am., et al., 1:00cv00293-TJK

Return to:    Clerk's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001
Fax: (202) 354-3524
Email: attorney_admissions@dcd.uscourts.gov