UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>CORRECTIONS CORPORATION OF AMERICA, *et al.,*<br><br>         Defendants. | Case No. 1:00-cv-00293 (TJK) |

## NOTICE OF APPEARANCE

Please take notice that the attorney below, who is admitted to practice before this Court, will serve as counsel in the above-captioned case for Defendant Securus Technologies, LLC (*f/k/a* Securus Technologies, Inc.):

> Keith Bradley, Atty. Reg. 252505
> SQUIRE PATTON BOGGS (US) LLP
> 717 17th Street, Suite 1825
> Denver, CO 80202
> Telephone: (303) 830-1776
> E-mail: keith.bradley@squirepb.com

Date:   May 13, 2022                            Respectfully submitted,

                                                 */s/ Keith Bradley*
                                                 Keith Bradley, Atty. Reg. 252505
                                                 SQUIRE PATTON BOGGS (US) LLP
                                                 717 17th Street, Suite 1825
                                                 Denver, CO 80202
                                                 Telephone: (303) 830-1776
                                                 E-mail: keith.bradley@squirepb.com

                                                 *Counsel for Defendant Securus Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** using the Court's CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

>Benjamin D. Brown
>COHEN MILSTEIN SELLERS & TOLL, PLLC
>1100 New York Avenue, NW, Suite 500 W
>Washington, D.C. 20005
>
>Daniel P. Struck
>STRUCK LOVE BOJANOWSKI & ACEDO, PLC
>3100 W. Ray Road, Suite 300
>Chandler, Arizona 85226

>*//s/ Keith Bradley*
>Keith Bradley, Atty. Reg. 252505
>SQUIRE PATTON BOGGS (US) LLP
>717 17th Street, Suite 1825
>Denver, CO 80202
>Telephone: (303) 830-1776
>E-mail: keith.bradley@squirepb.com
>
>*Counsel for Defendant Securus Technologies, LLC*