## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA WRIGHT, *et al.*, | )<br>)<br>) Civil Action No. 00-293 (TJK) |
| Plaintiffs, | )<br>) |
| v. | ) Judge: Timothy J. Kelly |
| | ) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### DECEMBER 14, 2022 STATUS REPORT

Pursuant to the Court's November 12, 2022 Order, the Parties propose the following briefing schedule:

1. Motions to Lift Stay due April 27, 2023;

2. Response Memoranda due May 25, 2023;

3. Reply Memoranda due June 8, 2023.

December 14, 2022                    Respectfully submitted,

                                     */s/* Daniel P. Struck
                                     Daniel P. Struck, Bar No. CO0037
                                     STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                     3100 W. Ray Road, Suite 300
                                     Chandler, Arizona 85226
                                     (480) 420-1600
                                     Fax: (480) 420-1699
                                     dstruck@strucklove.com

                                     *Attorneys for Defendant Corrections Corporation of America*

/s/ Gabriel Colwell
Gabriel Colwell (Admitted *Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
555 S. Flower St., Suite 3100
Los Angeles, California 90071
(213) 689-5126
Fax: (213) 623-4581
gabriel.colwell@squirepb.com

Keith Bradley (D.C. Bar No. 252505)
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
Fax: (303) 894-9239
keith.bradley@squirepb.com

*Attorneys for Defendant Securus Technologies, LLC (f/k/a Securus Technologies, Inc.)*


*/s/* Robert A. Braun
Benjamin D. Brown (D.C. Bar No. 495836)
Robert A. Braun (D.C. Bar No. 1023352)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW, Suite 500 W
Washington, D.C. 20005
(202) 408-4600
Fax: 202-408-4699
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which in turn sent notice to all counsel of record who are registered with that system.

                                                        */s/* Daniel P. Struck
                                                        Daniel P. Struck